1 MCGREGOR W. SCOTT
United States Attorney
2 SAMUEL WONG
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-05-443 WBS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING DISCOVERY MOTION HEARING AND |
| v. | AMENDING BRIEFING SCHEDULE |
| NARISCO GALLEGOS MORALES, | Date:  November 9, 2006 |
| Defendant. | Time:  2:00 p.m. |
| | Court: Hon. Dale A. Drozd |

It is hereby stipulated by and between defendant Narcisco Gallegos Morales, through his attorney, Daniel Broderick, Federal Defender, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney Samuel Wong, that:

1. The presently scheduled hearing date of November 9, 2006 at 2:00 p.m. on the defendant's Motion for Discovery shall be rescheduled for November 14, 2006 at 2:00 p.m.

///
///
///
///

1

1     2.  The government's response to defendant's Motion for
2 Discovery is to be filed by November 6, 2006.
3 DATED: November 8, 2006            McGREGOR W. SCOTT
                                    United States Attorney
4
                                    /s/ Samuel Wong
5                              By:_____
                                    SAMUEL WONG
6                                   Assistant U.S. Attorney
7
8
9                                   /s/ Daniel Broderick
                                   _____
10 DATED: November 8, 2006            Daniel Broderick
                                    Federal Defender
11                                   Attorney for defendant
                                    Narcisco Gallegos Morales
12
13
14        ------------------------------------------------
15
16                          O R D E R
17
18    The Court having received, read, and considered the parties'
19 stipulation, and good cause appearing therefrom, IT IS SO
20 ORDERED.
21 DATED: November 8, 2006.
22
23                          _____
                            DALE A. DROZD
24                          UNITED STATES MAGISTRATE JUDGE
25
26 Ddad1/orders.criminal/morales0443.stipord
27
28

2