MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-443 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | HEARING ON DEFENDANT'S MOTION |
| v. ) | FOR DISCOVERY OF GRAND JURY |
| ) | LEGAL INSTRUCTIONS |
| NARISCO GALLEGOS MORALES, ) | Date:  January 19, 2007 |
| ) | Time:  2:00 p.m. |
| Defendant. ) | Court:  Hon. Gregory G. Hollows |
| _____) | |

It is hereby stipulated by and between defendant Narcisco Gallegos Morales, through his attorney, Daniel Broderick, Federal Defender, and plaintiff United States of America, through its attorney, Assistant United States Attorney Samuel Wong, that:

1.  The presently scheduled hearing date of January 19, 2007, at 2:00 p.m., on the defendant's motion for an order re discovery of grand jury legal instructions shall be rescheduled to February 9, 2007, at 2:00 p.m.

2.  The government's response to defendant's motion shall be filed by January 26, 2007.

///

///

3. Defendant's reply memorandum, if any, in support of his motion shall be filed by February 2, 2007.

DATED: January 9, 2007
McGREGOR W. SCOTT
United States Attorney

/s/ Samuel Wong
By: _____
SAMUEL WONG
Assistant U.S. Attorney


/s/ Daniel Broderick
_____
DATED: January 9, 2007
Daniel Broderick
Federal Defender
Attorney for defendant
Narcisco Gallegos Morales
(Per email authorization)

------------------------------------------------

O R D E R

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS SO ORDERED.

DATED: 1/12/07
/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge

morales.ord