```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  NO. CR. S-05-443 WBS
                                 )
12             Plaintiff,        )  STIPULATION AND ORDER ADJUSTING
                                 )  BRIEFING SCHEDULE AND CONTINUING
13        v.                     )  MOTIONS HEARING DATE
                                 )
14  NARCISCO MORALES,            )
                                 )  Court:  Hon. William B. Shubb
15             Defendant.        )
                                 )
16  _____
17
```

18       It is hereby stipulated by and between the parties hereto,
19  through their respective counsel, that the presently set briefing
20  schedule and hearing date for defendant Narcisco Morales'
21  pretrial motion and appeal from the Magistrate Judge's ruling
22  shall be adjusted as follows:
23       1.   The United States shall file its responses to
24  defendant's motion and appeal on or before April 30, 2007.
25       2.   Defendant's reply memoranda, if any, in support of his
26  motion and appeal shall be due on or before May 7, 2007.
27  ///
28  ///

1

3. The presently set April 23, 2007, non-evidentiary hearing on defendant's motions shall be continued to May 14, 2007, at 8:30 a.m.

Respectfully submitted,

Dated: April 5, 2007  McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

/s/ Daniel Broderick

Dated: April 5, 2007
DANIEL BRODERICK
Federal Defender
Attorney for defendant
Narcisco Morales
(per authorization)

_____

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: April 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE