DANIEL J. BRODERICK Bar #89424
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NARCISCO GALLEGOS MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NARCISCO GALLEGOS MORALES,<br><br>　　　　Defendant.<br>_____ | No. CR. S-05-443-WBS<br><br>**JOINT STIPULATION TO SCHEDULE TRIAL CONFIRMATION FOR MAY 14, 2007 AND JURY TRIAL FOR JUNE 12, 2007;** ~~PROPOSED~~ **ORDER**<br><br>Judge: Hon. William B. Shubb |

　　Defendant Narcisco Gallegos Morales and Plaintiff United States, through their respective attorneys hereby agree and stipulate that the trial confirmation hearing in this case be scheduled for Monday, May 14, 2007 at 8:30 a.m., and the jury trial in this case be scheduled for Tuesday, June 12, 2007 at 9:00 a.m.

　　The parties further stipulate and agree that the time period from today, May 7, 2007, until June 12, 2007, shall be excluded under the Speedy Trial Act, (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due

/ /

/ /

/ /

1  to the need to provide defense counsel with the reasonable time to
2  prepare.
3  Dated:  May 7, 2007                    Respectfully submitted,

5                                         /s/ Daniel J. Broderick
                                          Daniel J. Broderick
                                          Federal Defender
6                                         Attorney for Defendant
                                          NARCISCO GALLEGOS MORALES

9  Dated:  May 7, 2007                    /s/ Samuel Wong
                                          _____
10                                        SAMUEL WONG
                                          Assistant U.S. Attorney

12                                **ORDER**

13     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
14  ordered that Trial Confirmation Hearing in this case shall be held on
15  Monday, May 14, 2007 at 8:30 a.m., and the Jury Trial in this case shall
16  commence on Tuesday, June 12, 2007 at 9:00 a.m.

17     IT IS FURTHER ORDERED that the the time period from today, May 7,
18  2007, until June 12, 2007, shall be excluded under the Speedy Trial Act,
19  (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to
20  provide defense counsel with the reasonable time to prepare. The Court
21  finds that this exclusion of time is justified as the ends of justice
22  outweigh the best interests of the public and defendant in a speedy
23  trial.

24  Dated:  May 8, 2007

                                          _____
                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

Stip. Re TCH and JT dates              2